■ THERESA MILEA et al., Appellants, v CITY OF SYRACUSE et al., Respondents. (Appeal No. 1.) [874 NYS2d 843]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered October 30, 2007 in a personal injury action. The order denied the cross motion of plaintiffs to dismiss as untimely the motion of defendants for summary judgment.

an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered January 17, 2008 in a personal injury action. The order granted the motion of defendants for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Smith, Peradotto, Carni and Green, JJ.